John Tehranian (Bar No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Petitioner,
THE CREATION FACTORY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO INSTAGRAM, LLC | Misc. Action No.<br><br>**DECLARATION OF HENRY STOTSENBERG IN SUPPORT OF REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGER** |
|---|---|

**DECLARATION OF HENRY STOTSENBERG IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA TO IDENTIFY ALLEGED INFRINGER PURSUANT TO 17 U.S.C. § 512(h)**

**DECLARATION OF HENRY STOTSENBERG**

I, Henry Stotsenberg, declare and state as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would testify competently thereto.

2. I am the owner of The Creation Factory LLC ("TCF") and TCF is the owner of all rights, title and interest, including the copyrights, to and in photograph of the band Beach Bums entitled "Beach Bums Windswept" (the "Photo"). A true and correct copy of the original Photo is attached hereto as Exhibit 1.

3. I submit this declaration in support of my request for issuance to Instagram, LLC ("Instagram") of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer or infringers whose posting engages in unauthorized reproduction, public display and distribution of TCF's Photo (the "Infringing Content") on the account residing at http://www.instagram.com/empowerment.la and registered to the user named "empowerment.la" on Instagram's website.

4. Prior to or contemporaneously with the service of this subpoena, I will issue a take-down notification pursuant to Section 512(c)(3)(A) of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act" as part of the DMCA) on behalf of TCF to Instagram through its DMCA complaint system and to its designated DMCA agent related to the infringement of the Photo on the account residing at http://www.instagram.com/empowerment.la and registered to the user named "empowerment.la" on Instagram's website in the general form of and with the substance contained in Exhibit 2 to this Declaration.

5. The purpose for which this DMCA Subpoena is being sought is to obtain the identity of an alleged infringer or infringers and such information will be used for the purpose of protecting TCF's copyright interests under Title 17 of the United States Code.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this __th day of August, 2021, at Murrieta, California.

_____
Henry Stotsenberg

**DECLARATION OF HENRY STOTSENBERG IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA TO IDENTIFY ALLEGED INFRINGER PURSUANT TO 17 U.S.C. § 512(h)**